UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT PADUCAH

UNITED STATES OF AMERICA

'11  DEC 13  P 1 :28

FILED
US DISTRICT COURT CLE
WESTN. DIST. KENTUCKY

v.

**INDICTMENT**

NO.  5:11CR55-R

21 U.S.C. § 841(a)(1)
21 U.S.C. § 841(b)(1)(B)(iii)
21 U.S.C. § 860
21 U.S.C. § 853

**DERRIAN CARRUTHERS**

The Grand Jury charges:

## COUNT 1

On or about March 21, 2011, in the Western District of Kentucky, McCracken County, Kentucky, the defendant, **DERRIAN CARRUTHERS**, knowingly and intentionally distributed twenty-eight (28) grams or more of a mixture and substance containing cocaine base, commonly known as "crack cocaine," a Schedule II controlled substance as defined in Title 21, United States Code, Section 812.

In violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B)(iii).

The Grand Jury further charges:

## COUNT 2

On or about March 24, 2011, in the Western District of Kentucky, McCracken County, Kentucky, the defendant, **DERRIAN CARRUTHERS**, knowingly and intentionally distributed twenty-eight (28) grams or more of a mixture and substance containing cocaine base, commonly known as "crack cocaine," a Schedule II controlled substance as defined in Title 21, United

States Code, Section 812.

In violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B)(iii).

The Grand Jury further charges:

## COUNT 3

On or about April 7, 2011, in the Western District of Kentucky, McCracken County, Kentucky, the defendant, **DERRIAN CARRUTHERS**, knowingly and intentionally distributed twenty-eight (28) grams or more of a mixture and substance containing cocaine base, commonly known as "crack cocaine," a Schedule II controlled substance as defined in Title 21, United States Code, Section 812.

In violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B)(iii).

The Grand Jury further charges:

## COUNT 4

On or about April 15, 2011, in the Western District of Kentucky, McCracken County, Kentucky, the defendant, **DERRIAN CARRUTHERS**, knowingly and intentionally distributed twenty-eight (28) grams or more of a mixture and substance containing cocaine base, commonly known as "crack cocaine," a Schedule II controlled substance as defined in Title 21, United States Code, Section 812.

In violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B)(iii).

The Grand Jury further charges:

## COUNT 5

On or about April 20, 2011, in the Western District of Kentucky, McCracken County, Kentucky, the defendant, **DERRIAN CARRUTHERS**, knowingly and intentionally distributed twenty-eight (28) grams or more of a mixture and substance containing cocaine base, commonly known as "crack cocaine," a Schedule II controlled substance as defined in Title 21, United States Code, Section 812, within 100 feet of the Oscar Cross Boys and Girls Club, a private youth center as defined in 21 U.S.C. Section 860(e)(2).

In violation of Title 21, United States Code, Sections 841(a)(1) and 860.

## NOTICE OF FORFEITURE

As a result of committing offenses in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(B)(iii), and 860, as alleged in Counts 1 through 5 of this Indictment, felonies punishable by imprisonment for more than one year, the defendant, **DERRIAN CARRUTHERS**, shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853, any and all property constituting, or derived from, proceeds said defendant obtained, directly or indirectly, as a result of the said offense, and any and all of defendant's property used, or intended to be used, in any manner or part, to commit or to facilitate the commission of the said violations alleged in Counts 1 through 5 of this Indictment.

A TRUE BILL.

FOREPERSON

DAVID J. HALE
United States Attorney
DJH:SAH:111205

3

UNITED STATES OF AMERICA v. **DERRIAN CARRUTHERS**

## P E N A L T I E S

Counts 1-4:    NL 5 yrs./NM 40 yrs./$5,000,000/both/NL 4 yrs. Supervised Release
                    (With prior felony drug conviction: NL 10 yrs./NM Life/$8,000,000/both/NL 8 yrs. Supervised
                    Release)

Count 5:       NL 5 yrs./NM 80 yrs./$10,000,000/both/NL 8 yrs. Supervised Release


Forfeiture

## N O T I C E

**ANY PERSON CONVICTED OF AN OFFENSE AGAINST THE UNITED STATES SHALL BE SUBJECT TO SPECIAL ASSESSMENTS, FINES, RESTITUTION & COSTS.**

SPECIAL ASSESSMENTS

18 U.S.C. § 3013 requires that a special assessment shall be imposed for each count of a conviction of offenses committed after November 11, 1984, as follows:

      Misdemeanor: $ 25 per count/individual      Felony: $100 per count/individual
                  $125 per count/other                    $400 per count/other

FINES

In addition to any of the above assessments, you may also be sentenced to pay a fine. Such fine is due <u>immediately</u> unless the court issues an order requiring payment by a date certain or sets out an installment schedule. You shall provide the United States Attorney's Office with a current mailing address for the entire period that any part of the fine remains unpaid, or you may be held in contempt of court. 18 U.S.C. § 3571, 3572, 3611, 3612

**Failure to pay fine as ordered may subject you to the following:**

    1.  **INTEREST** and **PENALTIES** as applicable by law according to last date of offense.

          <u>For offenses occurring after December 12, 1987:</u>

          No **INTEREST** will accrue on fines under $2,500.00.

          **INTEREST** will accrue according to the Federal Civil Post-Judgment Interest Rate in effect at the time of sentencing. This rate changes monthly. Interest accrues from the first business day following the two week period after the date a fine is imposed.

          **PENALTIES** of:

          10% of fine balance if payment more than 30 days late.

          15% of fine balance if payment more than 90 days late.

    2.      Recordation of a **LIEN** shall have the same force and effect as a tax lien.

    3.      Continuous **GARNISHMENT** may apply until your fine is paid.

18 U.S.C. §§ 3612, 3613

>If you **WILLFULLY** refuse to pay your fine, you shall be subject to an **ADDITIONAL FINE** of not more than the greater of $10,000 or twice the unpaid balance of the fine; or **IMPRISONMENT** for not more than 1 year or both.

18 U.S.C. § 3615

## RESTITUTION

If you are convicted of an offense under Title 18, U.S.C., or under certain air piracy offenses, you may also be ordered to make restitution to any victim of the offense, in addition to, or in lieu of any other penalty authorized by law. 18 U.S.C. § 3663

## APPEAL

If you appeal your conviction and the sentence to pay your fine is stayed pending appeal, the court shall require:

1.  That you deposit the entire fine amount (or the amount due under an installment schedule during the time of your appeal) in an escrow account with the U.S. District Court Clerk, or

2.  Give bond for payment thereof.

18 U.S.C. § 3572(g)

## PAYMENTS

If you are ordered to make payments to the U.S. District Court Clerk's Office, certified checks or money orders should be made payable to the Clerk, U.S. District Court and delivered to the appropriate division office listed below:

LOUISVILLE:   Clerk, U.S. District Court
              106 Gene Snyder U.S. Courthouse
              601 West Broadway
              Louisville, KY 40202
              502/625-3500

BOWLING GREEN:   Clerk, U.S. District Court
                 120 Federal Building
                 241 East Main Street
                 Bowling Green, KY 42101
                 270/393-2500

OWENSBORO:   Clerk, U.S. District Court
             126 Federal Building
             423 Frederica
             Owensboro, KY 42301
             270/689-4400

PADUCAH:   Clerk, U.S. District Court
           127 Federal Building
           501 Broadway
           Paducah, KY 42001
           270/415-6400

If the court finds that you have the present ability to pay, an order may direct imprisonment until payment is made.

FORM DBD-34
JUN.85

No. 5:11CR55-R

# UNITED STATES DISTRICT COURT
Western District of Kentucky
Paducah Division

## THE UNITED STATES OF AMERICA

vs.

### DERRIAN CARRUTHERS

## INDICTMENT

**Title 21 U.S.C. §§ 841(a)(1); 841(b)(1)(B)(iii); 860; 853:**

**Distribution of Crack Cocaine; Distribution of Crack Cocaine Within 100 Feet of a School or Playground; Forfeiture.**

*A true bill.*



*Foreman*

*Filed in open court this* 13th *day, of* December, A.D. 2011.

Bail, $



FILED

DEC 13 2011

VANESSA L. ARMSTRONG
DEPUTY CLERK